IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DANIEL T. KUTA,<br><br>　　　　　　Defendant. | 4:14-CR-3086<br><br>FINAL ORDER OF FORFEITURE |

　　　This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture. Filing 53. On December 11, 2014, the Court entered an Amended Preliminary Order of Forfeiture (filing 51) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to violating 21 U.S.C. §§ 841 and 846 and his admission of the forfeiture allegation contained in the indictment (filing 1). By way of the Amended Preliminary Order of Forfeiture, the defendant forfeited to the United States his interest in $35,000 in United States currency.[1]

　　　As directed by the Amended Preliminary Order, a Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on October 8, 2014, as required by Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (filing 52) was filed on February 9, 2015. The Court has been advised by the plaintiff that no petitions have been filed, and after reviewing the record, the Court finds that no petitions have been filed. Accordingly,

　　　IT IS ORDERED:

　　　1.　　The plaintiff's Motion for Final Order of Forfeiture (filing 53) is granted.

　　　2.　　All right, title, and interest in and to the $35,000 in United States currency, held by any person or entity, are hereby forever barred and foreclosed.

---

[1] In requesting an amended preliminary order of forfeiture, the government also sought the forfeiture of $3,410 which was seized during a search of Kuta's apartment. *See* filing 51. However, the government has now clarified that this currency has already been found subject to administrative forfeiture, and the disposition of this $3,410 is not before the Court at this time. *See* filing 53.

3. The above property is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property described above in accordance with law.

Dated this 18th day of February, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge